

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

COURT OF CRIMINAL APPEALS
OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

$.110

RE: WR-82,443-01

JERRY DALE JONES
BETO I UNIT - TDC # 1894647
1391 FM 3328
TENNESSEE COLONY, TX 75880

UTF

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.406
02 1M
0004279596
MAILED FROM ZIP CODE 78701
MAR 31 2015

PRESORTED
FIRST CLASS

78711@2308
53 CQT-53B 75880

